THE PEOPLE OF THE STATE OF NEW YORK ex rel. POWERS & MANSFIELD COMPANY, Respondent, *v.* HENRY SCHNEIDER, as Commissioner of Public Works of the City of Troy, Appellant.

*People ex rel. Powers & M. Co. v. Schneider,* 124 App. Div. 916, affirmed.
(Argued February 17, 1908; decided March 3, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1908, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to certify to the performance of a certain contract for work and materials and to audit and allow the claim of the relator therefor.

*George B. Wellington* for appellant.

*Thomas O'Connor* for respondent.

Final order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.